UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 14-8901 DSF (AJWx) | Date | 12/16/14 |
|---|---|---|---|
| Title | Elba Mendizabal v. Crothall Healthcare Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Specially Appearing Plaintiff

    Counsel has filed a "Joint Stipulation Relieving Specially Appearing Plaintiff from Central District Local Rule 23-3 Class Certification Filing Deadline."  Counsel is ordered to explain in writing no later than January 5, 2015 what is meant by "specially appearing plaintiff" and explain why a "specially appearing plaintiff' should be permitted to represent a class in this action.

    IT IS SO ORDERED.