UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 14-8901 DSF (AJWx) | Date | 2/11/15 |
| Title | Elba Mendizabal v. Crothall Healthcare Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re Response to Order to Show Cause

The Court declines to review the ridiculously small font used in Exhibit 1. The font in Exhibit 2 is only marginally better. The Exhibits attached to the mandatory chambers copy are not tabbed, in violation of the Court's Local Rules and this Court's Initial Standing Order.

The response is ordered to be re-submitted no later than February 25 and to comply with all applicable General Orders and Local Rules, and this Court's Initial Standing Order.

Counsel are ordered to read the Court's Local Civil Rules in their entirety and all General Orders applicable to filing documents, as well as this Court's Initial Standing Order. Failure to comply with any rule or order in the future will likely result in sanctions and will impact the Court's determination of whether counsel is adequate.

IT IS SO ORDERED.